# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 10-3696 |
| BELLEVUE HOLDING COMPANY, BHC | : | |
| BUILDERS, INC., BHC VENTURE, INC. | : | |
| and BHC DEVELOPERS LP, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *23rd* day of *February*, 2012, upon consideration of Plaintiff Westfield Insurance Company's Motion for Summary Judgment (Docket No. 19), the Response of Defendants Bellevue Holding Company, BHC Builders, Inc., BHC Venture, Inc., and BHC Developers LP (Docket No. 20), Plaintiff's Motion for Leave to File a Reply Brief (Docket No. 21), and Defendants' Response in Opposition to Plaintiff's Motion for Leave to File a Reply Brief (Docket No. 22), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Reply Brief (Docket No. 21) is **GRANTED** and the proposed Reply Brief attached to that Motion shall be deemed filed as of the date of that Motion;

2. Plaintiff's Motion for Summary Judgment is **GRANTED** in its entirety;

3. **DECLARATORY JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendants on the entirety of the Complaint.

This case is **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.